IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 3:10-CR-188 (1)

RENE GARCIA REYES,

    JUDGE WALTER HERBERT RICE

    Defendant.

---

DECISION AND ENTRY ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE; DEFENDANT'S GUILTY PLEA BEFORE MAGISTRATE JUDGE SHARON OVINGTON ACCEPTED BY THE DISTRICT JUDGE; COURT'S DISPOSITION OF LETTER RECEIVED FROM DEFENDANT

---

Absent objection from either party and, further, upon a *de novo* review of the Report and Recommendations of the Magistrate Judge, said judicial filing is adopted in its entirety, and the Defendant's plea of guilty before Magistrate Judge Sharon Ovington is accepted.

The Court has received a letter from the Defendant, which it has caused to be filed under seal, with copies sent to both counsel. The letter will be considered by the Court at the time of sentencing on March 3, 2011.

December 30, 2010

    WALTER HERBERT RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

Andrew Hunt, AUSA
Tom Anderson, Esq.
United States Marshal
United States Pretrial Services
United States Probation Department